# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153904

RONALD W. LECH, II,
   Plaintiff/Counterdefendant-
   Appellee,

v

HUNTMORE ESTATES
CONDOMINIUM ASSOCIATION,
   Defendant/Counterplaintiff,

and

JACOBSON ORE CREEK LAND
DEVELOPMENT, L.L.C., and SCOTT R.
JACOBSON, d/b/a S. R. JACOBSON
LAND DEVELOPMENT, L.L.C.,
   Defendants-Appellants.

SC: 153904
COA: 320028
Livingston CC: 08-024045-CH

_____/

   On order of the Court, the application for leave to appeal the April 26, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016



a1130

           Clerk